# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 5, 2013

Lyle W. Cayce
Clerk

No. 12-40988
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DARWIN GEOVANNY CASCO-HERNANDEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:12-CR-396-1

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Darwin Geovanny Casco-Hernandez (Casco) raises an argument that he concedes is foreclosed by *United States v. Izaguirre-Flores*, 405 F.3d 270, 277-78 (5th Cir. 2005), which held that the North Carolina offense of taking indecent liberties with a child constitutes "sexual abuse of a minor" and thus is a crime of violence for purposes of the 16-level enhancement under United States Sentencing Guidelines

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 2L1.2(b)(1)(A)(ii).  Casco's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.